Bruce L. Simon (Bar No. 92641)
  bsimon@psswplaw.com
Esther L. Klisura (Bar No. 221171)
  eklisura@psswplaw.com
PEARSON, SIMON, SOTER, WARSHAW
  & PENNY, LLP
44 Montgomery Street, Suite 1200
San Francisco, CA 94104
Telephone:   (415) 433-9000
Facsimile:    (415) 433-9008

Clifford H. Pearson (Bar No. 108523)
  cpearson@psswplaw.com
Gary S. Soter (Bar No. 67622)
  gsoter@psswplaw.com
Daniel L. Warshaw (Bar No. 185365)
  dwarshaw@psswplaw.com
PEARSON, SIMON, SOTER, WARSHAW
  & PENNY, LLP
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 91403
Telephone:   (818) 788-8300
Facsimile:    (818) 788-8104

*Counsel for Plaintiff and the Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| YOON S. CHANG, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>KOREAN AIR LINES CO., LTD., and ASIANA AIRLINES, INC.,<br><br>Defendants. | Case No. C 07 4244<br><br>**CLASS ACTION**<br><br>**PLAINTIFF YOON S. CHANG'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

771715.1

**PLAINTIFF YOON S. CHANG'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

1  Pursuant to Civil Local Rule 3-16, the undersigned certifies that the following listed
2  persons, associations or persons, firms, partnerships, corporations, or other entities have a
3  financial interest in the subject matter in controversy or in a party to the proceeding; or
4  have a non-financial interest in that subject matter or in a party that could be substantially
5  affected by the outcome of this proceeding:

All persons and entities who purchased passenger air transportation services containing at least one flight segment between the United States and the Republic of Korea from one or more defendants between January 1, 2000 and the present. The Class does not include: (1) defendants; (2) defendants' parents, subsidiaries, or affiliates; (3) any governmental entities; (4) any co-conspirators; or (5) any judicial officer to whom this case is assigned.

DATED: August 17, 2007            By: _____
                                      Bruce L. Simon
                                      Esther L. Klisura
                                      PEARSON, SIMON, SOTER,
                                      WARSHAW & PENNY, LLP

                                      Clifford H. Pearson
                                      Gary S. Soter
                                      Daniel L. Warshaw
                                      PEARSON, SIMON, SOTER,
                                      WARSHAW & PENNY, LLP

                                      *Attorneys for Plaintiff and the Proposed Class*

PEARSON, SIMON, SOTER, WARSHAW & PENNY, LLP
44 MONTGOMERY STREET, SUITE 1200
SAN FRANCISCO, CALIFORNIA 94104

771715.1

**PLAINTIFF YOON S. CHANG'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**