# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

*E-filing*

YOON S. CHANG, on behalf of herself and all others similarly situated,

V.

KOREAN AIR LINES CO., LTD., and ASIANA AIRLINES, INC.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

C 07 4244 MMC

TO: (Name and address of defendant)

See Attachment A

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Bruce L. Simon
Esther L. Klisura
PEARSON, SIMON, SOTER, WARSHAW & PENNY, LLP
44 Montgomery Street, Suite 1200
San Francisco, CA 94104

an answer to the complaint which is herewith served upon you, within   20   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

Helen L. Almacen

(BY) DEPUTY CLERK

DATE   AUG 1 7 2007

NDCAO440

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| Name of SERVER | TITLE |
| Check one box below to indicate appropriate method of service | |

☐ Served Personally upon the Defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
　　　　　　　　　Date　　　　　　　　　　　Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## ATTACHMENT A TO SUMMONS IN A CIVIL CASE
LIST OF DEFENDANTS

KOREAN AIR LINES CO., LTD.
c/o CT Corporation System
818 West Seventh Street
Los Angeles, CA  90017


ASIANA AIRLINES, INC.
c/o Kyung Chool Park
3530 Wilshire Boulevard, Suite 1700
Los Angeles, CA  90010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address)*:<br>PEARSON, SIMON, SOTER, WARSHAW & PENNY<br>15165 VENTURA BLVD., STE. 400<br>SHERMAN OAKS, CA 91403<br><br>TELEPHONE NO.*(Optional)* (818) 788-8300   FAX NO.*(Optional)* (818) 788-8104<br>EMAIL ADDRESS*(Optional)*:<br>ATTORNEY FOR*(Name)*: | FOR COURT USE ONLY |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF: SAN FRANCISCO<br>STREET ADDRESS: 450 GOLDEN GATE AVE.<br>MAILING ADDRESS: SAME<br>CITY AND ZIP CODE: SAN FRANCISCO, CA 94102-3489<br>BRANCH NAME: SAN FRANCISCO | |
| PLAINTIFF/PETITIONER: CHANG<br>DEFENDANT/RESPONDENT: KOREAN AIR LINES | CASE NUMBER:<br>C0742244MMC |
| **PROOF OF SERVICE SUMMONS** | Ref No. or File No.<br>0SP15088-01 |

*(Separate proof of service is required for each party served)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of the:
   e. other *(specify documents)*:
   SEE ATTACHMENT "A" TO PROOF OF SERVICE;

3. a. Party Served: *(specify name of party as shown on documents served)*:
      KOREAN AIR LINES CO., LTD

   b. Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made)*(specify name and relationship to the party named in item 3a.)*: MARGARET WILSON
      PERSON AUTHORIZED TO ACCEPT SERVICE OF PROCESS FOR
      C.T. CORPORATION, REGISTERED AGENT FOR SERVICE

4. Address where the party was served:    818 W. SEVENTH STREET, #200
                                           LOS ANGELES, CA 90017        **(Business)**

5. I served the party *(check proper box)*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on (date): August 21, 2007 (2) at (time): 02:50 pm

   **Served in accordance with CCP 416.10**

---

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE SUMMONS** | Code of Civil Procedure, § 417.10 |
|---|---|---|

41A/0SP15088-01

| PETITIONER: CHANG | | CASE NUMBER: |
|---|---|---|
| RESPONDENT: KOREAN AIR LINES | | C0742244MMC |

6. The "Notice to the Person Served" (on the summons) was completed as follows:
c.    on behalf of:
   KOREAN AIR LINES CO., LTD
     under:
     [XX] CCP 416.10 (corporation)



7. **Person who served papers**
    a. Name: MARIO LOPEZ
    b. Address: 15759 Strathern Street, Van Nuys, CA 91406
    c. Telephone: (818) 737-0422
    d. *The fee* for service was: $   49.50
    e. I am:
        (i) ___Employee or _X_Independent Contractor
        (ii) Registration No.: 5143
        (iii) County : LOS ANGELES

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:    August 24, 2007

MARIO LOPEZ
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHALL)

(SIGNATURE)

Page 2 of 2

POS-010 [Rev. January 1, 2007]          **PROOF OF SERVICE SUMMONS**          Code of Civil Procedure, § 417.10

41A/0SP15088-01

1. SUMMONS IN A CIVIL CASE
2. CLASS ACTION COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL
3. ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES
4. CASE MANAGEMENT CONFERENCE ORDER
5. STANDING ORDERS FOR CIVIL CASES ASSIGNED TO THE HONORABLE MAXINE M. CHESNEY
6. CONTENTS OF JOINT CASE MANAGEMENT STATEMENT
7. ECF REGISTRATION INFORMATION HANDOUT
8. PLAINTIFF YOON S. CHANG'S CERTIFICATION OF INTERESTED ENTITLES OR PERSONS