1  INNA ZATULOVSKY, State Bar No. 232434
   MORGAN, LEWIS & BOCKIUS LLP
2  One Market, Spear Street Tower
   San Francisco, CA  94105
3  Tel: 415.442.1000; Fax: 415.442.1001
   Email: izatulovsky@morganlewis.com
4

5  PETER E. HALLE
   WILLARD K. TOM
6  JOSEPH BROOKS
   J. CLAYTON EVERETT, JR.
7  MORGAN, LEWIS & BOCKIUS LLP
   1111 Pennsylvania Avenue, NW
8  Washington, D.C.  20004
   Tel: 202.739.3000; Fax: 202.739.3001
9  Email:  phalle@morganlewis.com
           wtom@morganlewis.com
10         jbrooks@morganlewis.com
           jeverett@morganlewis.com
11
   Counsel for Defendant
12 KOREAN AIR LINES CO., LTD.

13

14                 UNITED STATES DISTRICT COURT

15                NORTHERN DISTRICT OF CALIFORNIA

16                    SAN FRANCISCO DIVISION

17

| 18 | IN RE INTERNATIONAL AIR TRANSPORTATION SURCHARGE ANTITRUST LITIGATION | Case No. C 06-1793 CRB |
|----|---|---|
| 19 | | MDL No. 1793 |
| 20 | YOON S. CHANG, on behalf of herself and all others similarly situated, | Case No. C 07-4244 CRB |
| 21 | Plaintiff, | **STIPULATION PURSUANT TO LOCAL RULE 6-1 AND AGREED ORDER** |
| 22 | vs. | |
| 23 | KOREAN AIR LINES CO., LTD., and ASIANA AIRLINES, INC. | |
| 24 | | |
| 25 | Defendant. | |

26

27       Pursuant to Local Rule 6-1(a), in light of the transfer motion now pending before the

28 Judicial Panel on Multidistrict Litigation ("JPML"), Plaintiff Yoon S. Chang, through her

1  respective counsel, hereby stipulates and agrees as follows:

2      IT IS HEREBY STIPULATED AND AGREED that Defendant's time to answer, move or
3  otherwise plead is enlarged until the later of (1) the date when the Defendant would otherwise be
4  required to file a response pursuant to Federal Rule of Civil Procedure 12, or (2) 45 days after the
5  JPML rules on the pending motion and consolidates each related action in a single court, and a
6  consolidated complaint is filed by all plaintiffs in the single transferee Court and served on
7  Defendant.

8      IT IS FURTHER STIPULATED AND AGREED that each defense counsel designated
9  below shall accept service on behalf of the Defendant represented by each such counsel of all
10 complaints in the above-captioned matter, including any amended or consolidated complaints,
11 and further, that such Defendant shall not contest sufficiency of process or service of process.
12 This Stipulation does not constitute a waiver of any other defense including, but not limited to,
13 the defenses of lack of personal or subject matter jurisdiction or improper venue.  Nothing in this
14 paragraph shall obligate any Defendant to answer, move or otherwise respond to any complaint
15 until the time provided in the preceding paragraph.  The above notwithstanding, should any
16 Defendant, except pursuant to court order, respond to any complaint in a related matter filed in
17 another United States District Court prior to the date contemplated by this stipulation, then such
18 Defendant shall make a simultaneous response to the complaint in the above-captioned matter.
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

Morgan, Lewis &
Bockius LLP
Attorneys At Law
San Francisco

1     Respectfully submitted,

2 Dated: September ___, 2007     MORGAN, LEWIS & BOCKIUS LLP

3

4     By _____
    Inna Zatulovsky

5     MORGAN, LEWIS & BOCKIUS, LLP
    One Market, Spear Street Tower

6     San Francisco, CA  94105
    T: 415.442.1000

7     F: 415.442.1001

8

9     Peter E. Halle
    Willard K. Tom

10     Joseph Brooks
    J. Clayton Everett, Jr.

11     MORGAN, LEWIS & BOCKIUS, LLP
    1111 Pennsylvania Avenue, NW

12     Washington, DC  20004
    T: 202.739.3000

13     F: 202.739.3001

14     *Counsel for Defendant Korean Air Lines Co., Ltd.*

15

16

17 Dated: September ___, 2007     PEARSON, SIMON, SOTER, WARSHAW & PENNY, LLP

18

19

20     By _____
    Bruce L. Simon

21     Esther L. Klisura
    PEARSON, SIMON, SOTER,

22     WARSHAW & PENNY, LLP
    44 Montgomery Street, Suite 1200

23     San Francisco, CA  94104
    T: 415.433.9000

24     F: 415.433.9008

25     *Counsel for Plaintiff Yoon S. Chang and the Proposed Class*

26

27

28

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO