Respectfully submitted,

Dated: September 10, 2007            MORGAN, LEWIS & BOCKIUS LLP

                                     By /s/ Inna Zatulovsky
                                     Inna Zatulovsky
                                     MORGAN, LEWIS & BOCKIUS, LLP
                                     One Market, Spear Street Tower
                                     San Francisco, CA 94105
                                     T: 415.442.1000
                                     F: 415.442.1001

                                     Peter E. Halle
                                     Willard K. Tom
                                     Joseph Brooks
                                     J. Clayton Everett, Jr.
                                     MORGAN, LEWIS & BOCKIUS, LLP
                                     1111 Pennsylvania Avenue, NW
                                     Washington, DC 20004
                                     T: 202.739.3000
                                     F: 202.739.3001

                                     *Counsel for Defendant Korean Air Lines Co., Ltd.*

Dated: September 10, 2007            PEARSON, SIMON, SOTER, WARSHAW & PENNY, LLP

                                     By /s/ Esther Klisura
                                     Bruce L. Simon
                                     Esther L. Klisura
                                     PEARSON, SIMON, SOTER,
                                     WARSHAW & PENNY, LLP
                                     44 Montgomery Street, Suite 1200
                                     San Francisco, CA 94104
                                     T: 415.433.9000
                                     F: 415.433.9008

                                     *Counsel for Plaintiff Yoon S. Chang and the Proposed Class*