INNA ZATULOVSKY, State Bar No. 232434
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105
Tel: 415.442.1000; Fax: 415.442.1001
Email: izatulovsky@morganlewis.com

PETER E. HALLE
WILLARD K. TOM
JOSEPH BROOKS
J. CLAYTON EVERETT, JR.
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004
Tel: 202.739.3000; Fax: 202.739.3001
Email: phalle@morganlewis.com
       wtom@morganlewis.com
       jbrooks@morganlewis.com
       jeverett@morganlewis.com

Counsel for Defendant
KOREAN AIR LINES CO., LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE INTERNATIONAL AIR TRANSPORTATION SURCHARGE ANTITRUST LITIGATION | Case No. C 06-1793 CRB<br><br>MDL No. 1793 |
| YOON S. CHANG, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>KOREAN AIR LINES CO., LTD., and ASIANA AIRLINES, INC.<br><br>Defendant. | Case No. C 07-4244 CRB<br><br>**STIPULATION PURSUANT TO LOCAL RULE 6-1 AND AGREED ORDER** |

Pursuant to Local Rule 6-1(a), in light of the transfer motion now pending before the

Judicial Panel on Multidistrict Litigation ("JPML"), Plaintiff Yoon S. Chang, through her

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION PURSUANT TO
LOCAL RULE 6-1 AND AGREED ORDER       1        USDC – N.D. of CA Case No. C 07-04244 CRB

1  respective counsel, hereby stipulates and agrees as follows:

2  IT IS HEREBY STIPULATED AND AGREED that Defendant's time to answer, move or
3  otherwise plead is enlarged until the later of (1) the date when the Defendant would otherwise be
4  required to file a response pursuant to Federal Rule of Civil Procedure 12, or (2) 45 days after the
5  JPML rules on the pending motion and consolidates each related action in a single court, and a
6  consolidated complaint is filed by all plaintiffs in the single transferee Court and served on
7  Defendant.

8  IT IS FURTHER STIPULATED AND AGREED that each defense counsel designated
9  below shall accept service on behalf of the Defendant represented by each such counsel of all
10 complaints in the above-captioned matter, including any amended or consolidated complaints,
11 and further, that such Defendant shall not contest sufficiency of process or service of process.
12 This Stipulation does not constitute a waiver of any other defense including, but not limited to,
13 the defenses of lack of personal or subject matter jurisdiction or improper venue.  Nothing in this
14 paragraph shall obligate any Defendant to answer, move or otherwise respond to any complaint
15 until the time provided in the preceding paragraph.  The above notwithstanding, should any
16 Defendant, except pursuant to court order, respond to any complaint in a related matter filed in
17 another United States District Court prior to the date contemplated by this stipulation, then such
18 Defendant shall make a simultaneous response to the complaint in the above-captioned matter.
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

Morgan, Lewis &
Bockius LLP
Attorneys At Law
San Francisco

2                                    ()

Respectfully submitted,

Dated: September ___, 2007               MORGAN, LEWIS & BOCKIUS LLP


By _____
Inna Zatulovsky
MORGAN, LEWIS & BOCKIUS, LLP
One Market, Spear Street Tower
San Francisco, CA  94105
T: 415.442.1000
F: 415.442.1001


Peter E. Halle
Willard K. Tom
Joseph Brooks
J. Clayton Everett, Jr.
MORGAN, LEWIS & BOCKIUS, LLP
1111 Pennsylvania Avenue, NW
Washington, DC  20004
T: 202.739.3000
F: 202.739.3001

*Counsel for Defendant Korean Air Lines Co., Ltd.*


Dated: September ___, 2007               PEARSON, SIMON, SOTER, WARSHAW & PENNY, LLP


By _____
Bruce L. Simon
Esther L. Klisura
PEARSON, SIMON, SOTER, WARSHAW & PENNY, LLP
44 Montgomery Street, Suite 1200
San Francisco, CA  94104
T: 415.433.9000
F: 415.433.9008

*Counsel for Plaintiff Yoon S. Chang and the Proposed Class*

September 12, 2007

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA