# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

*E-filing*

YOON S. CHANG, on behalf of herself and all others similarly situated,

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

KOREAN AIR LINES CO., LTD., and ASIANA AIRLINES, INC.

C 07 4244 MMC

TO: (Name and address of defendant)

See Attachment A

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Bruce L. Simon
Esther L. Klisura
PEARSON, SIMON, SOTER, WARSHAW & PENNY, LLP
44 Montgomery Street, Suite 1200
San Francisco, CA 94104

an answer to the complaint which is herewith served upon you, within    20    days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

Helen L. Almacen

DATE    AUG 1 7 2007

(BY) DEPUTY CLERK

NDCA0440

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |
| Name of SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:


☐ Other *(specify)*:



### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.


Executed on  _____        _____
                        Date                                          Signature of Server


                                                                      _____
                                                                      Address of Server










_____

(1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## ATTACHMENT A TO SUMMONS IN A CIVIL CASE
LIST OF DEFENDANTS

KOREAN AIR LINES CO., LTD.
c/o CT Corporation System
818 West Seventh Street
Los Angeles, CA  90017


ASIANA AIRLINES, INC.
c/o Kyung Chool Park
3530 Wilshire Boulevard, Suite 1700
Los Angeles, CA  90010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address)*:<br>PEARSON, SIMON, SOTER, WARSHAW & PENNY<br>15165 VENTURA BLVD., STE. 400<br>SHERMAN OAKS, CA 91403<br><br>TELEPHONE NO.*(Optional)* (818) 788-8300  FAX NO.*(Optional)*(818) 788-8104<br>EMAIL ADDRESS*(Optional)*:<br>ATTORNEY FOR*(Name)*: | FOR COURT USE ONLY |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF: SAN FRANCISCO<br>STREET ADDRESS: 450 GOLDEN GATE AVE.<br>MAILING ADDRESS: SAME<br>CITY AND ZIP CODE: SAN FRANCISCO, CA 94102-3489<br>BRANCH NAME: SAN FRANCISCO | |
| PLAINTIFF/PETITIONER: CHANG<br>DEFENDANT/RESPONDENT: KOREAN AIR LINES | CASE NUMBER:<br>C0742244MMC |
| **PROOF OF SERVICE SUMMONS** | Ref No. or File No.<br>0SP15089-01 |

*(Separate proof of service is required for each party served)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of the:
   e. other *(specify documents)*:
   SEE ATTACHMENT "A" TO PROOF OF SERVICE;

3. a. Party Served: *(specify name of party as shown on documents served)*:
      ASIANA AIRLINES, INC.

   b. Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made)*(specify name and relationship to the party named in item 3a.)*: KYUNG CHOOL PARK
      AUTHORIZED AGENT TO ACCEPT SERVICE OF PROCESS

4. Address where the party was served: 3530 WILSHIRE BLVD., SUITE 1700
                                        LOS ANGELES, CA 90010        **(Business)**

5. I served the party *(check proper box)*
   b. **by substituted service.** On (date):August 24, 2007 at (time): 12:35 pm I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b)*:
      JULIE LEE/PERSON IN CHARGE
   (1) **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

   **Served in accordance with CCP 415.20(a)**

---

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE SUMMONS**

Code of Civil Procedure, § 417.10

41B/0SP15089-01

| PETITIONER: CHANG | CASE NUMBER: |
| RESPONDENT: KOREAN AIR LINES | C0742244MMC |

6. The "Notice to the Person Served" (on the summons) was completed as follows:
c.     on behalf of:
   ASIANA AIRLINES, INC.
      under:
      [XX] CCP 416.10 (corporation)

7. **Person who served papers**



    a. Name: L. METOYER
    b. Address: 15759 Strathern Street, Van Nuys, CA 91406
    c. Telephone: (818) 787-0422
    d. *The fee* for service was: $   49.50
    e. I am:
        (i) ___Employee or _X_Independent Contractor
        (ii) Registration No.: 4378
        (iii) County : LOS ANGELES

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:     August 29, 2007

L. METOYER
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHALL)

(SIGNATURE)

Page 2 of 2

POS-010 [Rev. January 1, 2007]            **PROOF OF SERVICE SUMMONS**            Code of Civil Procedure, § 417.10



(818) 787-0422
FAX (818) 787-9254
15759 Strathern Street
Van Nuys, CA 91406
www.personalattorney.com

# INVOICE
### SERVICE OF PROCESS
0SP15089-01

| CLIENT | 4268  3 |
|---|---|

PEARSON, SIMON, SOTER, WARSHAW & PENNY
15165 VENTURA BLVD., STE. 400
SHERMAN OAKS, CA 91403
(818) 788-8300    FAX: (818) 788-8104

ATTN:

FILE:

**COURT** UNITED STATES DISTRICT COURT NORTHER NORTHERN DISTRICT SAN FRANCISCO

**CASE NUMBER** C0742244MMC

**PLAINTIFF** CHANG

**DEFENDANT** KOREAN AIR LINES

| DATE | INVOICE NUMBER | PARTY OR ENTITY TO BE SERVED |
|---|---|---|
| 08/29/07 | 0SP15089-01 | ASIANA AIRLINES, INC. |

**DOCUMENTS TO BE SERVED**

# NOTICE OF SUBSTITUTED SERVICE

A copy of your documents were sub-served pursuant to C.C.P. 415.20 (a) or 415.20 (b), and it is necessary for you to mail a copy of those documents to the servee in order to complete the service.

### MAIL IT AS SOON AS POSSIBLE!

If a Summons was served, be sure that it is conformed as to case number, date of issuance, clerk and deputy clerk. Also make sure that you endorse it correctly. Complete the proof of service by mail attached.

Should you have any questions, please do not hesitate to contact our office.



Served @: 3530 WILSHIRE BLVD., SUITE 1700
LOS ANGELES CA 90010
Served by: L. METOYER

| | TOTAL | $ | 49.50 |
|---|---|---|---|

THIS INVOICE WILL APPEAR ON YOUR MONTHLY STATEMENT     IF PAYING BY INVOICE, PLEASE REFERENCE INVOICE NUMBER

| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| PEARSON, SIMON, SOTER, WARSHAW & PENNY<br>15165 VENTURA BLVD., STE. 400<br>SHERMAN OAKS, CA  91403 | (818) 788-8300 | |
| ATTORNEY FOR (NAME) | REFERENCE NUMBER<br>OSP15089-01 | |
| Insert name of court, judicial district or branch court, if any, and post office and street address<br>UNITED STATES DISTRICT COURT, NORTHERN DISTRICT<br>NORTHERN DISTRICT SAN FRANCISCO<br>SAN FRANCISCO, CA 94102-3489 | | |
| SHORT NAME OF CASE<br>CHANG vs. KOREAN AIR LINES | | |

| PROOF OF SERVICE BY MAIL | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C0742244MMC |
|---|---|---|---|---|

I am a citizen of the United States and employed in the County of San Francisco, California. I am over the age of 18 and not a party to this action. My business address is 44 Montgomery St. #1200, San Francisco, CA 94104.

On 9/4/07, after substituted service under section CCP 415.20 (A) or 415.20 (B) or FRCIV.P 4(D)(1) was made, I mailed copies of the:
SEE ATTACHMENT "A" TO PROOF OF SERVICE;

to the defendant in said action by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at "San Francisco.

    ASIANA AIRLINES, INC.
    3530 WILSHIRE BLVD., SUITE 1700
    LOS ANGELES, CA 90010

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business.

---

JUDICIAL COUNCIL FORM, RULE #982 (A)(23)

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
on: 9/7/07,
at: SAN FRANCISCO, California.

Signature: *Madelyn Morton*
Name: MADELYN MORTON

1. SUMMONS IN A CIVIL CASE
2. CLASS ACTION COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL
3. ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES
4. CASE MANAGEMENT CONFERENCE ORDER
5. STANDING ORDERS FOR CIVIL CASES ASSIGNED TO THE HONORABLE MAXINE M. CHESNEY
6. CONTENTS OF JOINT CASE MANAGEMENT STATEMENT
7. ECF REGISTRATION INFORMATION HANDOUT
8. PLAINTIFF YOON S. CHANG'S CERTIFICATION OF INTERESTED ENTITLES OR PERSONS